**Opinion issued November 17, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00538-CR

———————————

**GUIDO I. HERRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Case No. 2393914**

## MEMORANDUM OPINION

Appellant, Guido I. Herrera, filed a notice of appeal from the trial court's July 14, 2022 final judgment. Appellant has filed a motion to dismiss his appeal, representing that he "does not wish to continue to prosecute this appeal."

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.
Do not publish. TEX. R. APP. P. 47.2(b).